UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00046 |
| | ) | JUDGE CAMPBELL |
| WILLIAM CARROL SHEPHERD, III | ) | |

ORDER

The hearing currently scheduled for May 9, 2013, at 1:00 p.m. is RESCHEDULED for May 9, 2013, at 2:30 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE