UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| v. ) | NO. 3:04-00046 |
| ) | JUDGE CAMPBELL |
| WILLIAM CARROLL SHEPHERD, III ) | |

ORDER

Pending before the Court is Defendant's Motion to Extend Self Report Date to Federal Bureau of Prisons Facility (Docket No. 133) and the Government's Response in Opposition (Docket No. 134). For the reasons stated in the Response, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE